(Reap. Dec. 9292)

PAN PACIFIC OVERSEAS CORP. *v.* UNITED STATES

Entry No. 12609.

(Decided January 15, 1959)

*Sharretts, Paley & Carter* for the plaintiff.
*George Cochran Doub,* Assistant Attorney General, for the defendant.

OLIVER, Chief Judge: This appeal for reappraisement relates to certain birch plywood exported from Finland and entered at the port of Boston

Stipulated facts, upon which the case has been submitted, establish that the proper basis for appraisement of the merchandise is foreign

value, as defined in section 402(c) of the Tariff Act of 1930, as amended, and that such statutory value therefor is the appraised value, less 4 per centum, and I so hold. Judgment will be rendered accordingly.